No. 148. PUGET SOUND TRACTION, LIGHT & POWER COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* FRED W. NEWELL ET AL., COMMISSIONERS, ETC. In error to the Supreme Court of the State of Washington. Argued January 23, 24, 1918. Decided March 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Roller* v. *Murray,* 234 U. S. 738; (2) *St. Anthony Falls Water Co.* v. *Board of Water Commissioners,* 168 U. S. 349, 358, 370–371; *Joy* v. *St. Louis,* 201 U. S. 322, 342; *Weems Steamboat Co.* v. *People's Co.,* 214 U. S. 345, 355; (3) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 658. *Mr. James B. Howe,* for plaintiffs in error, submitted. *Mr. W. G. McLaren, Mr. James C. Hering* and *Mr. John B. Shorett* for defendants in error.

---

No. 767. HUGO YANYAR, PLAINTIFF IN ERROR, *v.* UNITED STATES; and
No. 768. OTTO YANYAR, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the District Court of the United States for the District of Rhode Island. Motion to dismiss submitted March 4, 1918. Decided March 11, 1918. *Per Curiam.* Judgments affirmed upon the authority of *Selective Draft Law Cases,* 245 U. S. 366. *Mr. Walter Nelles* for plaintiffs in error. *The Solicitor General* for the United States.